IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SHERLITHA JEFFERSON, <br><br> Plaintiff, <br><br> v. <br><br> PARAMOUNT RECOVERY SYSTEMS, L.P., <br><br> Defendant. | Case No. 6:23-cv-00504-JCB |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff, SHERLITHA JEFFERSON, and Defendant, PARAMOUNT RECOVERY SYSTEMS, L.P., have reached a settlement of the above-captioned action. Plaintiff anticipates filing a voluntary dismissal of her claims against Defendant, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, within forty-five (45) days.

DATED this 14th day of December 2023.　　　Respectfully Submitted,

/s/Taxiarchis Hatzidimitriadis
Taxiarchis Hatzidimitriadis
CONSUMER LAW PARTNERS LLC
180 N. Stetson Ave., Suite 2800
Chicago, IL 60601
(267) 422-1000 (phone)
(267) 422-2000 (fax)
teddy@consumerlawpartners.com

*Attorneys for Plaintiff, Sherlitha Jefferson*

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on December 14, 2023, I electronically filed the foregoing *Notice of Settlement,* with the Clerk of the United States District Court for the Eastern District of Texas using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the Court's CM/ECF system.

                                              */s/ Taxiarchis Hatzidimitriadis*
                                              Taxiarchis Hatzidimitriadis
                                              CONSUMER LAW PARTNERS LLC